■ ANTHONY ACOSTA, Respondent, v KIRCHMEYER & ASSOCIATES, INC., Appellant. (Appeal No. 2.) [813 NYS2d 689]—Appeal from an amended order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered November 9, 2004. The amended order granted plaintiff's motion for summary judgment determining that a restrictive covenant is unenforceable and permanently enjoining defendant from enforcing or attempting to enforce the restrictive covenant.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on January 24, 2006, and filed in the Monroe County Clerk's Office on January 27, 2006,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Pigott, Jr., P.J., Scudder, Kehoe, Pine and Hayes, JJ.

■ ANN EDWARDS, Respondent, v SIEGEL, KELLEHER & KAHN et al., Appellants. (Appeal No. 1.) [812 NYS2d 907]—Appeal from an order of the Supreme Court, Erie County (Christopher J. Burns, J.), entered April 18, 2005 in a legal malpractice action. The order, after a nonjury trial, granted judgment in favor of plaintiff and against defendants in the amount of $294,315.33 plus preverdict interest.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977 [1989]). Present—Pigott, Jr., P.J., Scudder, Kehoe, Pine and Hayes, JJ.

■ ANN EDWARDS, Respondent, v SIEGEL, KELLEHER & KAHN et al., Appellants. (Appeal No. 2.) [812 NYS2d 907]—Appeal from a judgment of the Supreme Court, Erie County (Christopher J. Burns, J.), entered March 24, 2005 in a legal malpractice action. The judgment, after a nonjury trial, awarded plaintiff the amount of $449,855.69.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Scudder, Kehoe, Pine and Hayes, JJ.